**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Carlos RIVERA, Petitioner**

**Commonwealth of Pennsylvania, Respondent**

v.

**Carlos Rivera, Petitioner**

No. 209 EAL 2017
No. 210 EAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Walter Paul RAVEN, Petitioner**

No. 338 MAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**James M. MCMASTER and Mary Ellen McMaster, h/w, Petitioners**

v.

**The TOWNSHIP OF BENSALEM, Respondent**

No. 351 MAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**